UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24395-CIV-SEITZ/O'SULLIVAN

MATTHEW CIAVARELLA,
    Plaintiff,
v.

ARANON CORPORATION,
    Defendant.
_____/

## NOTICE OF COURT PRACTICE IN FAIR LABOR STANDARDS ACT CASES AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

THIS MATTER is before the Court upon a *sua sponte* review of the record. This is a Fair Labor Standards Act ("FLSA") case in which Plaintiff seeks to recover unpaid wages. In order to assist the Court in the management of this case, and in an effort to foster its early and cost effective resolution, the parties are hereby Ordered that:

1.    Plaintiff shall file a "Statement of Claim" (or "Statement") setting forth the amount of alleged unpaid wages, the specific calculation of such wages, and the nature of the wages (*e.g.*, overtime or regular pay) within 20 days of the date of this order. Plaintiff shall promptly serve a copy of this Notice of Court Practice, the Statement, and copies of <u>all</u> documents supporting Plaintiff's claims (*e.g.*, time sheets, pay stubs and the like) on Defendant's counsel when counsel first appears in the case or at the time of filing of Plaintiff's Statement if Defendant's counsel has already appeared.

2.    Defendant shall file a "Response to Plaintiff's Statement of Claim" (or "Response") setting forth in detail its defenses to Plaintiff's claim(s) and serve copies of <u>all</u> documents in support thereof, within 20 days of service of Plaintiff's Statement.

3.    **Referral to Magistrate for Settlement Conference**. Pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida, the parties shall conduct a Settlement Conference before Magistrate Judge John J. O'Sullivan **within 20 days after the date that Defendant's Response is due.** Plaintiff's counsel must confer with defense counsel and contact Magistrate Judge O'Sullivan's Chambers **on or before**

**the date that Defendant's Response is due** to schedule a date for the Settlement Conference. Magistrate Judge O'Sullivan will issue an Order Scheduling Settlement Conference outlining the time and requirements for the Settlement Conference. The Settlement Conference date may <u>not</u> be extended without prior approval from Magistrate Judge O'Sullivan. The Court anticipates that the parties will have completed their Settlement Conference prior to the filing of the Joint Scheduling Report, **which shall be due 14 days after the Settlement Conference** or by **March 7, 2011**, whichever date occurs later.

4. Except as provided under Local Rule 16.2.E for public-sector entities, the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory. Appearance shall be in person; telephonic appearance is prohibited. If insurance is involved, an adjustor with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

5. All discussions, representations and statements made at the mediation conference shall be confidential and privileged.

6. **<u>Settlement</u>**. If this case is settled, counsel must inform the Court within two (2) days by calling Chambers.

7. **<u>Non-compliance with Order and Rules of Court</u>**. Non-compliance with any provision of this Order, the Federal Rules of Civil Procedure, and/or the Local Rules of Court, may subject the offending party to **sanctions or dismissal**. It is the duty of <u>all</u> counsel to take all actions necessary to comply with this Order to ensure an expeditious resolution of this matter.

DONE and ORDERED in Miami, Florida, this 22nd day of December, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record
Magistrate Judge O'Sullivan

2